UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAN BEDKER, JR.,

    Plaintiff,

  v.

JOSEPH LEHMAN, KIMBERLY ACKER, VICTORIA ROBERTS, and SIX TO BE NAMED DEFENDANTS,

    Defendants.

Case No. C05-5276RBL

ORDER GRANTING
SUMMARY JUDGMENT

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendants' motion for summary judgment is **GRANTED**;

(3)    Plaintiff's causes of action are **DISMISSED**; and plaintiff's pending motions, if any, are denied as being moot;

(4)    Defendant's request to publish is **DENIED**.

(5)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold

DATED this 24th day of April, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1